FILED
Thursday, 23 August, 2007  02:47:37 PM
Clerk, U.S. District Court, ILCD

E-FILED
MAR 29 2007
03-29-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.)
DAVID CARTER,                    )
                                 )         07CV1758
              Petitioner,        )
                                 )         JUDGE LEINENWEBER
    v.                           )
                                 )         MAG. JUDGE ASHMAN
TERRY L. MCCANN, Warden,         )
                                 )
              Respondent,        )

## NOTICE OF FILING

TO:  Clerk
     U.S. District Court
     Northern District of Illinois
     219 S. Dearborn Street
     Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on March 21, 2007, I have caused to be filed the requisite number of copies and original of my pro se MOTION FOR LEAVE TO INCLUDE ADDITIONAL PAGES with the Clerk of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60602, a copy of which is hereby served upon you.

                              David Carter, pro se petitioner
                              register No. N-43429
                              Stateville Correctional Center
                              Post Office Box 112
                              Joliet, IL  60434-0112

## CERTIFICATE OF SERVICE

     I, DAVID CARTER, hereby certify that I have caused the above-mentioned documents to be forwarded to the party listed above by placing same into the U.S. Mail through the mailroom situated at the Stateville Correctional Center, proper postage affixed on March 21, 2007.

                              David Carter, affiant

## AFFIRMATION

     I, DAVID CARTER, affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                              David Carter, affiant

FILED

MAR 2 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel. )
DAVID CARTER,                    )
                                 )
                    Petitioner,  )   07CV1758
                                 )
v.                               )   JUDGE LEINENWEBER
                                 )   MAG. JUDGE ASHMAN
TERRY L. MCCANN, Warden,         )
                                 )
                    Respondent.  )

MOTION FOR LEAVE TO FILE ADDITIONAL PAGES
IN PRO-SE PETITION FOR A WRIT OF HABEAS CORPUS

Now comes petitioner, DAVID CARTER, pro se, and respectfully request this Honorable Court for permission to file additional pages in his Petition for a Writ of Habeas Corpus, §2254.

In support thereof, it is stated;

1. That petitioner Carter is proceeding without counsel in a very complex case involving a murder that took place within the Illinois Department of Corrections.

2. The issues being raised in the foregoing petition contains issues raised on direct appeal and post-conviction review.

3. Petitioner Carter is unaware of the U.S. District Court Rules pertaining to the amount of pages allowable per petition.

4. In this instance, the petition contains 117 pages and the separate Appendices contains 77 pages.

WHEREFORE, petitioner David Carter prays that this Honorable Court grant him leave to file the amount of pages indicated above.

Respectfully submitted,

David Carter   N-43429