FILED E-FILED
Thursday, 23 August, 2007 02:48:51 PM
Clerk, U.S. District Court, ILCD

MAR 29 2007
03-29-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN

UNITED STATES OF AMERICA ex rel.
DAVID CARTER,

        Petitioner,

v.

TERRY L. MCCANN, Warden,

        Respondent.

07CV1758
JUDGE LEINENWEBER
MAG. JUDGE ASHMAN

### NOTICE OF FILING

TO: Clerk
U.S. District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60602

    PLEASE TAKE NOTICE that on March 21, 2007, I have caused to be filed the requisite number of coies and original of my pro se MOTION FOR APPOINTMENT OF COUNSEL with the Clerk of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60602, a copy of which is hereby served upon you.

                  David Carter, pro se petitioner
                  Register No. N-43429
                  Stateville Correctional Center
                  Post Office Box 112
                  Joliet, IL 60434-0112

### CERTIFICATION OF SERVICE

    I, DAVID CARTER, hereby certify that I have caused the above-mentioned document to be forwarded to the party listed-above by placing same in the U.S. Mail through the mailroom situated at the Stateville Correctional Center, proper postage affixed on March 21, 2007.

                  David Carter, affiant

### AFFIRMATION

    I, DAVID CARTER, affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                  David Carter, affiant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 29 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID CARTER,<br><br>    Petitioner,<br><br>v.<br><br>TERRY L. MCCANN, Warden,<br><br>    Respondent, | 07CV1758<br>JUDGE LEINENWEBER<br>MAG. JUDGE ASHMAN |

### MOTION FOR APPOINTMENT OF COUNSEL

Now comes petitioner, DAVID CARTER, pro se, pursuant to the Federal Criminal Justice Act, 18 U.S.C. §3006A, and request this Honorable Court to appoint counsel in these proceedings.

In support thereof, it is stated:

1. Petitioner states that he is unable to retain counsel to represent him in this matter. Attached hereto and made part for the sole purpose of verification is petitioner's forma pauperis request with the requisite six month audit of his prison account.

2. I have never been represented by an attorney appointed by the U.S. District Court.

3. That I made several futile attempts to obtain pro bono counsel to represent me in this matter. Attached hereto and made part of for the purpose of verification is letters pertaining to my efforts.

4. That my request for appointment of counsel at this stage should not be considered premature.

- 1 -

5.  That this case involves the murder of a State employee at the Pontiac Correctional Center.  Petitioner contends because of the nature of this case, obtaining assistance from inmates more versed in the law has become a difficult task to achieve.  Inmates fear that they will be retailiated against in some form or another for assisting petitioner Carter in his endeavors.  Petitioner was prewarned that upon the filing of his pro se habeas petition, any further legal assistance from inmates will be terminated.

6.  In addition, due to the complexity of the case, volumes of transcripts and records from two codefendants case, petitioner is unable to proceed any further without legal assistance.

7.  Furthermore, petitioner is unable to obtain viable records from the Illinois Department of Corrections, court records pertaining to specific evidence from codefendant's trial being raised in his pro se habeas petition.

WHEREFORE, petitioner David Carter prays that this Honorable Court will appoint counsel to represent him in this matter.

Respectfully submitted,

David Carter   N-43429
Stateville Correctional Center
Post Office Box 112
Joliet, IL  60434-0112

AFFIRMATION

I, DAVID CARTER, do hereby affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

David Carter, affiant

- 2 -



**Katten**
KattenMuchinRosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

March 8, 2007

<u>LEGAL MAIL</u>

JONATHAN K. BAUM
jonathan.baum@kattenlaw.com
312.902.5479   312 577.8672 fax

David Carter
N-43429
Stateville Corr. Center
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

I am in receipt of your request for pro bono legal assistance. Unfortunately, our firm will be unable to provide you with such assistance. This determination on our part does not represent any evaluation of the merits of your legal claim.

Sincerely,

Jonathan K. Baum

JKB:jj

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
312-460-5000
fax 312-460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5822

Writer's e-mail
rkelly@seyfarth.com

March 8, 2007

David Carter
#N43429
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

    We will not be able to assist you as you have requested in your letter and I am returning your letter to you herewith.

Very truly yours,

SEYFARTH SHAW LLP

Raymond J. Kelly, Jr.

RJK/jer
Enclosure

CH1 11187311.1

TO: Seyfarth Shaw Fairweather + Geraldson, Atty's at Law

FROM: MR. DAVID W. CARTER    #N43429 (INDIGENT DEFENDANT)

DATE: 2-26-07

SUBJECT: <u>SEEKING PRO BONO LEGAL REPRESENTATION / SERVICES</u>

<u>TO WHOM IT MAY CONCERN:</u>

MY NAME IS DAVID W. CARTER, I AM AN INDIGENT DEFENDANT IN CASE NO. 87-CF-112. I AM CURRENTLY INCARCERATED AT STATEVILLE CORRECTIONAL CENTER, DOING A LIFE SENTENCE FOR A CRIME I DID NOT COMMIT. I NEED YOUR HELP IN FILING MY <u>FEDERAL HABEAS CORPUS PETITION.</u> I AM CERTAIN THAT I HAVE SEVERAL <u>CONSTITUTIONAL CLAIMS</u> WHICH HAVE BEEN VIOLATED AND TRAMPLED ON BY THE STATE COURTS OF ILLINOIS. I DESPERATELY SEEK YOUR <u>PRO BONO</u> REPRESENTATION IN FILING MY PETITION FOR FEDERAL HABEAS CORPUS RELIEF. MY DEADLINE FOR FILING THIS PETITION IS MARCH 29, 2007. PLEASE HELP ME!!!!

SINCERELY,
MR. DAVID CARTER

RECEIVED
MAR - 8 2007
SEYFARTH SHAW