DATE:    APRIL 6, 2007

TO:      MR. MICHAEL S. DOBBINS
         CLERK OF THE U.S. DISTRICT
         COURT FOR THE NORTHERN DISTRICT
         OF ILLINOIS

FROM:    MR. DAVID CARTER
         REG. NO. N43429
         P.O. BOX 112
         JOLIET, ILLINOIS
         60434-0112

RE:      ENCLOSED $5.00 MONEY ORDER

**FILED**
APR 12 2007
APR 12 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIR;

   I RECEIVED TODAY A NOTICE FROM THE MAIL ROOM HERE AT STATEVILLE C.C., INFORMING ME THAT A MONEY ORDER FOR $5.00 WAS RETURNED TO ME FROM YOUR OFFICE. I HAD THIS MONEY ORDER SENT TO YOUR OFFICE TO COVER THE FILING FEE IN CASE NO. 07-C-1758. ENCLOSED IS A COPY OF THE LETTER I RECEIVED FROM YOUR OFFICE STATING MY PETITION WAS RECEIVED AND FILED ON MARCH 29, 2007. I AM UNSURE WHY THIS FILING FEE WAS RETURNED, THIS INFORMATION WAS NOT PROVIDED TO ME FROM THE MAIL ROOM HERE AT STATEVILLE C.C., HOWEVER I HAVE ASKED THAT THEY RETURN IT TO YOUR OFFICE SO THAT MY FEE WILL BE PAID, AND TO ENSURE THAT MY PETITION DOES NOT GET DISMISSED FOR LACK OF PAYING THE FILING FEE.

   I WOULD REQUEST THAT YOUR OFFICE CONFIRM BY WAY OF THE U.S. MAIL SYSTEM THAT THIS FEE HAS BEEN RECEIVED AND PAID. I THANK YOU IN ADVANCE FOR YOUR TIME IN THIS MATTER.

                                         SINCERELY,
                                         _David Carter_
                                         DAVID CARTER



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

PRISONER CORRESPONDENCE
312-435-5794

March 29, 2007

David Carter
N-43429
P.O. Box 112
Joliet, IL 60434

Dear Mr. Carter:

We hereby inform you that your petition in the cause entitled:

**United States of America ex rel. DAVID CARTER -vs- TERRY L. MCCANN, etc.**

has been assigned case number:    **07C 1758**

and to:    **JUDGE LEINENWEBER**

who will rule on your petition.    **MAGISTRATE JUDGE ASHMAN**
is the designated magistrate for your case.

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an original document, a copy for the judge and **one additional copy** of each document to this court. The additional copy will be returned to you stamped "Received". The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,

Prisoner Correspondent



**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTICE OF RETURNED CHECK

Dated: 3/29/17

Your check is being returned for the following reason:

☐ The payee is wrong. All checks must be made payable to **"Clerk, U.S. District Court"**

☐ You are attempting to pay a Bankruptcy fee.

☐ You have not signed your check.

☐ The date is incorrect or stale.

✷ ~~[redacted]~~

☐ The check is in the wrong amount. The correct amount is $_____

☐ You are attempting to prepay copy services. We cannot accept prepayment for copy and certification services. The price of these services cannot be determined until your request is examined by the copy desk to ascertain the price. The number for the copy desk is **(312)435-5699**

☐ You are attempting to pay for an assessment, restitution or fine with a personal check. The Clerk requires that payments be made with a cashier's check or money orders. Please make the cashier's check/money orders payable to **"CLERK U.S. DISTRICT COURT"**

☐ Other:_____
_____

Please correct the problem and resubmit the payment.

Thank you,

Cashier, Intake Department
(312)435-6068