

10:40

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

E-FILED
Thursday, 23 August, 2007  02:54:58 PM
Clerk, U.S. District Court, ILCD

**FILED**

AUG 2 3 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

August 21, 2007

USDC- Central District of Illinois  (Peoria Division)
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

RE:  David Carter v.  Terry L. McCann
Case No:  07 cv 1758

07-1222

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered  on **8/16/07** by the **Honorable Judge Harry D. Leinenweber.**  Enclosed is a certified copy of the transfer order and docket  sheet .

As of  January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet.  You will need Adobe Acrobat reader loaded on your computer in order to view the documents.  If you are an electronic court, you may upload the documents. **All documents filed prior to electronic filing are included in this transfer package.**  (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system.  This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ M. Cowan
          Deputy Clerk

Enclosures
New Case No. _____        Date _____

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 1758 | DATE | 8/16/2007 |
| CASE TITLE | David Carter (N-43429) v. Terry L. McCann | | |

DOCKET ENTRY TEXT:

Due to clerical error, this action was not transferred although the court ordered that this petition be transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases on 4/20/07. The Clerk is directed to transfer this petition to the United States District Court for the Central District of Illinois at Peoria forthwith.

Docketing to mail notices.

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature] DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 8/21/07

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

ASHMAN, HABEAS, PC, TERMED, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01758
### Internal Use Only

| | |
|---|---|
| Carter v. McCann et al | Date Filed: 04/12/2007 |
| Assigned to: Honorable Harry D. Leinenweber | Date Terminated: 04/20/2007 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Prisoner: Habeas Corpus |
| | Jurisdiction: Federal Question |

**Petitioner**

**David Carter**
*United States of America ex rel.*

represented by **David Carter**
N-43429
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

V.

**Respondent**

**Terry L McCann**
*Warden*

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office
100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

A TRUE COPY - ATTEST
MICHAEL W. DOBBINS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 8/21/07

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2007 | 1 | RECEIVED Petition and one copy by David Carter (Exhibits). (vkd, ) (Entered: 04/02/2007) |

| 03/29/2007 | ●2 | CIVIL Cover Sheet (vkd, ) (Entered: 04/02/2007) |
|---|---|---|
| 03/29/2007 | ●3 | LETTER from David Carter dated 3/21/07. (vkd, ) (Entered: 04/02/2007) |
| 03/29/2007 | ●4 | INMATE Trust Fund Account Statement by David Carter. (vkd, ) (Entered: 04/02/2007) |
| 03/29/2007 | ●5 | MOTION by Petitioner David Carter for leave to file additional pages in pro-se petition for a writ of habeas corpus; Notice. (vkd, ) (Entered: 04/02/2007) |
| 03/29/2007 | ●6 | MOTION by Petitioner David Carter for appointment of counsel; Notice; (Exhibits). (vkd, ) (Entered: 04/02/2007) |
| 03/29/2007 | ●7 | POST MARKED envelope for initiating document by David Carter (Document not scanned) (aew, ) (Entered: 04/03/2007) |
| 04/02/2007 | ● | MAILED copy of petition for writ of habeas corpus to Chief of Criminal Appeals via certified mail article no. 7006 0100 0001 7313 5327. (vkd, ) (Entered: 04/02/2007) |
| 04/11/2007 | ●8 | RETURN of U.S. Post Office receipt, article 7006 0100 0001 7313 5327, received on 4/4/07. (smm) (Entered: 04/13/2007) |
| 04/12/2007 | ●9 | (Court only) RECEIPT regarding payment of filing fee paid on 4/12/2007 in the amount of $5.00, receipt number 10722256. (smm) (Entered: 04/13/2007) |
| 04/12/2007 | ●10 | LETTER from David Carter dated 4/6/2007 (Exhibits). (td, ) (Entered: 04/16/2007) |
| 04/20/2007 | ●11 | MINUTE entry before Judge Harry D. Leinenweber :The court orders this petition transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Civil case terminated. Mailed notice (gej, ) (Entered: 04/23/2007) |
| 06/25/2007 | ●12 | REQUEST by Petitioner David Carter to rescind 28 U.S.C. Section 2241(d) court ordered transfer of case (Exhibit); Notice. (ar, ) Modified on 6/27/2007 (ar, ). (Entered: 06/27/2007) |
| 08/14/2007 | ●13 | LETTER from David Carter dated August 6, 2007. (vcf, ) (Entered: 08/16/2007) |
| 08/16/2007 | ●14 | MINUTE entry before Judge Harry D. Leinenweber : Due to clerical error, this action was not transferred although the court ordered that this petition be transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases on 4/20/07. The Clerk is directed to transfer this petition to the United States District Court for the Central District of Illinois at Peoria forthwith. (Entered: 08/17/2007) |

| 08/21/2007 | ●15 | TRANSFERRED to the Central District of Illinois (Peoria) the original file with documents numbered 1-14, certified copy of transfer order, and docket sheet via certified mail number 7006 0100 0001 7312 1320. (mjc, ) (Entered: 08/21/2007) |