Clerk
United States District Court
Central District of Illinois
Peoria Division
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

**FILED**
OCT - 9 2007
07-1222
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: U.S. ex rel. David Carter
v. Terry L. McCann, Warden
Present Case No. <u>UNKNOWN</u>
Previous Case No. 07 C 1758
Transferred from Northern Dist.

Dear Clerk,

On March 23, 2007, I forwarded my <u>pro se</u> **PETITION FOR A WRIT OF HABEAS CORPUS, §2254,** to the U.S. District Court for the Northern District of Illinois, Eastern Division. On March 29, 2007, Judge Harry D. Leinenweber was assigned to my case and my assigned Case Number was **07 C 1758**.

On April 20, 2007, Judge Leinenweber **ordered** that this action be transferred to the U.S. District Court for the Central District of Illinois at Peoria pursuant to **28 U.S.C. §2241(d)**.

On June 25, 2007, the U.S. District Court Clerk for the Northern District of Illinois, received and filed my <u>pro se</u> **REQUEST TO RESCIND THE COURT ORDERED TRANSFER.**

On August 16, 2007, the U.S. District Court Judge Leinenweber made a Docket Entry stating the following:

> **Due to clerical error, this action was not transferred although the court ordered that this petition be transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases on 4/20/07. The Clerk is directed to transfer this petition to the United States District Court for the Central District of Illinois at Peoria forthwith.**

Nearly a sixty (60) day period has expired since this transaction, and I have not received any notification from this Court in regard to the assignment of a Judge and/or case number in this cause of action. **No progress has been made in this case since the filing of my <u>pro se</u> habeas petition on March 23, 2007.**

All that is promptly rendered in regard to this matter would be appreciated greatly. I await your reply. Thank You and Have A Nice Day.

Sincerely,
David Carter  N-43429
Stateville Correctional Ctr.
P.O. Box 112 - Joliet, IL
60434-0112

cc: personal file