E-FILED
Friday, 21 December, 2007 03:00:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 21 2007

JOHN M. WATERS, Clerk
U.S DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID CARTER, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 1:07-CV-01222 ) |
| TERRY L. MCCANN, Warden, | ) Honorable ) Joe Billy McDade, |
| Respondent, | ) Judge Presiding |

**MOTION TO COURT TO ORDER RESPONDENT TO
FILE AN ANSWER TO PETITIONER'S HABEAS PETITION**

Comes now petitioner, DAVID CARTER, pro se and respectfully request this Court to issue an order to cause respondent in this cause to answer his habeas petition, pursuant to Rule 4 of the Rules Governing Habeas Corpus Petitions.

In support thereof, it is stated:

1. On March 29, 2007, petitioner Carter filed his pro se PETITION FOR A WRIT OF HABEAS CORPUS, 28 U.S.C. §2254 with the Clerk of the U.S. District Court for the Northern District of Illinois. [SEE ATTACHED DOCKET SHEET]

2. Pursuant to Rule 3 of the Rules Governing Section 2254 Cases. On April 12, 2007, the filing fee was paid.

3. On April 20, 2007, the U.S. District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §2241(d) ordered this action transferred to the U.S. District Court for the Central District of Illinois at Peoria for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases. [SEE ATTACHED ORDER]

4.  Petitioner Carter has diligently pursued review of his habeas claims and adhered to the Rules Governing Section 2254 Cases.

5.  On June 25, 2007, the U.S. District Court for the Northern District of Illinois "received" his pro se REQUEST TO RESCIND COURT ORDERED TRANSFER OF CASE, after awaiting a substantial amount of time without a responsive pleading from respondent, petitioner sought a rescinding of the court's previous transfer order.

6.  On August 6, 2007, petitioner wrote a letter to the Clerk's "prisoner correspondence" inquring about the status of his case, being that the case had not been transferred as previously ordered by the Court. [SEE ATTACHMENT].

7.  On August 16, 2007, the U.S. District Court for the Northern District of Illinois in Case No. 07 C 1758, docket entry stated:
>   Due to clerical error, this action was not trans-
>   ferred although the court ordered that this
>   petition be transferred to the United States
>   District Court for the Central District of Illinois
>   at Peoria for preliminary consideration pursuant
>   to Rule 4 of the Rules Governing 2254 Cases on
>   4/20/07.  The Clerk is directed to transfer this
>   petition to the United States District Court for
>   the Central District of Illinois at Peoria forthwith.
>   [SEE ATTACHED DOCKET ENTRY]

8.  On August 23, 2007, the U.S. District Court for the Central District of Illinois, in the aforegoing case, issued a docket entry stating:
>   Case transferred in from District of NDIL; Case
>   Number 07-1758.  Original file with documents
>   numbered 1-14, certified copy of transfer order
>   and docket sheet received.  New case number in
>   Peoria Division of the Central District of IL
>   is 07-1222.  All future pleadings to be filed in
>   Peoria Division. (entered 08/23/07)
>   [SEE ATTACHED DOCKET ENTRY]

- 2 -

9. On October 3, 2007, petitioner Carter wrote a letter requesting the status of his case in this matter, in an attempt to prevent an foreseeable inordinate delay in obtaining an responsive pleading from the respondent in regard to his pending petition.

10. On October 9, 2007, this Court made a docket entry in reference to the above.

11. Petitioner Carter contends that Rule 4 of the Rules Governing Section 2254 Cases, states:

> Rule 4. Preliminary Consideration by Judge
>
> The original petition shall be presented <u>promptly</u> to a judge of the district court in accordance with the procedure of the court for the assignment of its business. The petition shall be examined <u>promptly</u> by the judge whom it is assigned. If it plainly appears from the face of the petition and any exhibits annexed to it that petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified. Otherwise the <u>judge shall order the respondent to file an answer or other pleadings within the fixed period of time fixed by the court or to take such other action as deemed appropriate</u>. In every case a copy of the petition and any order shall be served by certified mail on the respondent and the attorney general of the state involved.
>                              [emphasis supplied]

WHEREFORE, petitioner Carter prays that this Court will grant his motion and order the respondent to answer his habeas petition in accordance with Rule 4.

                                                         Respectfully submitted,

                                                        */s/ David Carter*
                                                        David Carter N-43429
                                                        Stateville Correctional Center
                                                        Post Office Box 112
                                                        Joliet, IL 60434-0112

                                                        <u>pro</u> <u>se</u> petitioner

# ATTACHMENTS

| content | page |
|---|---|
| LETTER FROM COURT RE: ASSIGNMENT OF JUDGE & CASE NO. | 5 |
| LETTER SENT TO PRISONER CORRESPONDENCE RE: DELAY | 6 |
| RESPONSE FROM PRISONER CORRESPONDENCE RE: STATUS | 7-8 |
| DOCKET ENTRY OF U.S.D.C.NDIL | 9 |
| NDIL CLERK TRANSFER TO CDIL | 10 |
| CENTRAL DISTRICT DOCKET REPORT SHEET | 11-12 |



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

**PRISONER CORRESPONDENCE**
312-435-5794

March 29, 2007

David Carter
N-43429
P.O. Box 112
Joliet, IL 60434

Dear Mr. Carter:

We hereby inform you that your petition in the cause entitled:

**United States of America ex rel. DAVID CARTER -vs- TERRY L. MCCANN, etc.**

has been assigned case number: **07C 1758**

and to: **JUDGE LEINENWEBER**

who will rule on your petition.    **MAGISTRATE JUDGE ASHMAN**
is the designated magistrate for your case.

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an <u>original</u> document, a <u>copy for the judge</u> and **one additional copy** of each document to this court. The additional copy will be returned to you stamped "Received". The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,

Prisoner Correspondent

Monday, August 6, 2007

Prisoner Correspondence
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois   60604

                        RE:   **U.S. ex rel. David Carter vs.**
                              **Terry L. McCann, Warden**
                              **Case No. 07 C 1758**
                              **Judge Leinenweber**

Dear Prisoner Correspondence,

    I'm writing to determine the status of my case and I'm in dire need of your assistance in this matter. On March 23, 2007, I forwarded my pro se PETITION FOR A WRIT OF HABEAS CORPUS, it was subsequently filed therafter.

    On April 20, 2007, Judge Leinenweber ordered that this action be transferred to the U.S. District Court for the Central District of Illinois at Peoria pursuant to 28 U.S.C. §2241(d).

    On June 25, 2007, the Clerk of the U.S. District Court for the Northern District of Illinois received my pro se REQUEST TO RESCIND THE COURT ORDERED TRANSFER. Although the brief motion was received by the Clerk, I have not receivedany acknowledgement that the motion has been filed and placed on Judge Leinenweber's docket for consideration.

    I've allowed an substantial amount of time to expire prior to contacting you in this regard. I merely ask thatconsideration be extended to the fact that my case has laid dormant **somewhere** since April 20 creating an obvious inordinate delay. The sole purpose of my motion to rescind the transfer order, was initiated in an effort to have my case remain here in this District, or in the alternative, my motion would ultimately bring to the Court's attention that **no progress has been made in the case since the transfer order.**

    As mentioned in my pro se motion, my contacting the U.S. District Court in this regard will prove to be futile. Surely, if the U.S. District Court of the Central District of Illinois failed to adhere to Judge Leinenweber's Order, **it is unlikely that a letter from me would cause the Court to do a function that a U.S. District Courtorderrequested.** All that is promptly rendered in regard to this matter would be greatly appreciated. Thank You.

                                                  Sincerely,
                                                  David Carter



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

*Prisoner Correspondence

Date: __8-14-07__

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☐ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan*, 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☒ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. See Fed.R.Civ.P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
**Continued on reverse side**

<u>07 C 1758 (Judge Leinenweber)</u>

04/20/2007   11   MINUTE entry before Judge Harry D. Leinenweber : The court orders this petition transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Civil case terminated. Mailed notice (gej, ) (Entered: 04/23/2007)

06/25/2007   12   REQUEST by Petitioner David Carter to rescind 28 U.S.C. Section 2241(d) court ordered transfer of case (Exhibit); Notice. (ar, ) Modified on 6/27/2007 (ar, ). (Entered: 06/27/2007)

NOTE: We have brought this matter to the Court's attention.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1758 | **DATE** | 8/16/2007 |
| **CASE TITLE** | David Carter (N-43429) v. Terry L. McCann | | |

**DOCKET ENTRY TEXT:**

Due to clerical error, this action was not transferred although the court ordered that this petition be transferred to the United States District Court for the Central District of Illinois at Peoria for preliminary consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases on 4/20/07. The Clerk is directed to transfer this petition to the United States District Court for the Central District of Illinois at Peoria forthwith.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

August 21, 2007

USDC- Central District of Illinois (Peoria Division)
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

RE: David Carter v. Terry L. McCann
Case No: 07 cv 1758

Enclosed is the certified, electronic record which is being transferred to your court pursuant to an order entered on 8/16/07 by the **Honorable Judge Harry D. Leinenweber**. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ M. Cowan
        Deputy Clerk

Enclosures
New Case No. _____          Date _____

14, HABEAS, PRISONER, PROSE

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01222-JBM
### Internal Use Only

Carter v. McCann
Assigned to: Judge Joe Billy McDade
Case in other court: NDIL, 07-01758
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/23/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**David Carter**
*United States of America, ex rel*

represented by **David Carter**
N-43429
STATEVILLE
Stateville Correctional Center
Inmate Mail/Parcels
PO Box 112
Joliet, IL 60434
815-727-3607
PRO SE

V.

**Respondent**

**Terry L McCann**
*Warden*

**Respondent**

**Attorney General of the State of Illinois**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2007 | 1 | PETITION for Writ of Habeas Corpus pursuant to 28:2254, filed by David Carter. (Attachments: # 1 pages 112-224)(HK, ilcd) (Entered: 08/23/2007) |

| 03/29/2007 | ●4 | Prisoner Trust Fund Ledger by David Carter (Stateville: 6/8/6 to 3/12/7) (HK, ilcd) (Entered: 08/23/2007) |
|---|---|---|
| 03/29/2007 | ●5 | MOTION for Leave to File additional pages in pro-se petition for writ of habeas corpus by Petitioner David Carter. Responses due by 4/16/2007 (HK, ilcd) (Entered: 08/23/2007) |
| 03/29/2007 | ●6 | MOTION to Appoint Counsel by Petitioner David Carter. Responses due by 4/16/2007 (HK, ilcd) (Entered: 08/23/2007) |
| 04/12/2007 | ●10 | Letter from David Carter dated 4/6/7 re: $5.00 filing fee being returned to him (HK, ilcd) (Entered: 08/23/2007) |
| 06/25/2007 | ●12 | MOTION for Reconsideration/Rescind 28:2241(d) Court Ordered transfer of this case, by Petitioner David Carter. Responses due by 7/12/2007 (HK, ilcd) (Entered: 08/23/2007) |
| 08/23/2007 | ●15 | Case transferred in from District of NDIL; Case Number 07-1758. Original file with documents numbered 1-14, certified copy of transfer order and docket sheet received. New case number in Peoria Division of the Central District of Illinois is 07-1222. All future pleadings to be filed in the Peoria Division. (cc:Pla by Clerk)(HK, ilcd) (Entered: 08/23/2007) |
| 10/09/2007 | ●16 | Letter dated 10/3/07 from David Carter requesting status of his case. (TK, ilcd) (Entered: 10/09/2007) |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID CARTER,                       Petitioner, | ) ) ) ) ) |
| v. | ) )   No. 1:07-CV-01222, )  |
| TERRY L. MCCANN,                       Respondent, | )   Honorable )   Joe Billy McDade, )   Judge Presiding |

NOTICE OF FILING

TO:  Lisa Madigan
     Attorney General of Illinois
     Office of the Illinois Attorney General
     100 W. Randolph St., 12th Floor
     Chicago, IL 60601

   PLEASE TAKE NOTICE that on December 17th, 2007, I have caused to be filed the requisite number of copies and original of my pro se MOTION TO REQUEST COURT TO ORDER THE RESPONDENT TO FILE AN ANSWER TO PETITIONER'S HABEAS PETITION, with the Clerk of the U.S. District Court, Central District of Illinois, 309 U.S. Courthouse, 100 N.E. Monroe Street, Peoria, IL 61602, a copy of which is hereby being served upon you.

                                   Respectfully submitted,

                                   *David Carter*
                                   David Carter N-43429
                                   Stateville Correctional Center
                                   Post Office Box 112
                                   Joliet, IL 60434-0112

CERTIFICATE OF SERVICE

   I, DAVID CARTER, do hereby certify that I have caused to be served on the party listed-above the requisite number of copies and original of the aforementioned document by placing same in the U.S. mail through the mailroom situated at the Stateville Correctional Center, proper postage prepaid on December 17th, 2007.

                                   *David Carter*
                                   David Carter, affiant


AFFIRMATION

   I, DAVID CARTER, affirm under the penalty of perjury that the foregoing document is true and correct to the best of my knowledge and belief.

                                   *David Carter*
                                   David Carter, affiant