E-FILED
Friday, 02 May, 2008  11:07:37 AM
Clerk, U.S. District Court, ILCD

FILED
MAY - 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DAVID CARTER, | ) | |
|     PETITIONER, | ) | |
| | ) | |
| V. | ) | NO. 07-1222 |
| | ) | |
| TERRY L. McCANN, | ) | HONORABLE |
| | ) | JOE BILLY McDADE, |
|     RESPONDENT, | ) | PRESIDING JUDGE |

MOTION TO STRIKE PETITIONER'S AMENDED MEMORANDUM IN SUPPORT OF PETITIONER'S HABEAS CORPUS PETITION §2254 DATED APRIL 10, 2008. ~~TO ALSO ALLOW PETITIONER~~ TO FILE A REPLACEMENT AMENDED MEMORANDUM IN SUPPORT OF PETITIONER'S HABEAS CORPUS PETITION §2254. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES RULE 11 (B) (1), AND RULE 15

IN SUPPORT OF THIS MOTION THE PETITIONER STATES THE FOLLOWING:

1)   That an order was issued by this Honorable Court on March 13, 2008 giving the Petitioner 30 days to file an Amended Memorandum in Support of Petitioner's Habeas Corpus Petition.

2)   That on April 10, 2008, Petitioner did file with this Honorable Court, an amended Memorandum in Support of Petitioner's Habeas Corpus Petition.

3)   That due to Stateville Correctional Center being under LOCKDOWN conditions from March 25, 2008 till April 18, 2008, and due to the LOCKDOWN at Stateville the Petitioner was unable to obtain any documents from his legal storage boxes, unable to conduct any research what so ever pertaining to Federal Law,

(1)

was not allowed any access to the Prison Law Library whatsoever until this date April 28, 2008.

4) Due to this denial of access the Petitioner was unable to properly format his Amended Memorandum, and filed a hastily prepared Document.

5) The Petitioner contends that he is in full compliance with Federal Rules 11 (b) (1) and 15. The Petitioner is not attempting to cause unnecessary delay, he is just attempting to present his meritorious Constitutional Claims to this Honorable Court. That the Petitioner is within the 20 day limit contained in Rule 15.

6) That due to a delay in the Stateville Correctional Centers mail system beyond the Petitioner's control this Honorable Court's ORDER dated March 13, 2008 was not received until March 24, 2008. Thus creating a further burden upon the Petitioner to meet this Honorable Court's filing DEADLINE.

7) Petitioner states under Penalties of Perjury that the Stateville Correctional Center was on LOCKDOWN status from March 25, 2008 till April 18, 2008.

WHEREFORE: the Petitioner Prays that this Honorable Court will grant this motion and allow his Replacement Amended Memorandum in Support of Petitioner's Habeas Corpus Petition §2254.

Respectfully Submitted;

*David Carter*
David Carter No. N43429
Stateville Correctional Center
P.O. BOX 112-N43429
Joliet, Illinois 60434-0112

(2)

## AFFIRMATION

I, David Carter, Due Affirm under Penalties of Perjury that the foregoing Statements made in this Motion are true and correct in substance and fact to the best of my personal knowledge.

*David Carter* (signature)

David Carter, Affiant