E-FILED
Friday, 02 May, 2008 11:20:50 AM
Clerk, U.S. District Court, ILCD

FILED
MAY - 2 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DAVID CARTER, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| V. ) | NO. 07-1222 |
| ) | |
| ) | |
| TERRY L. McCANN, ) | HONORABLE |
| ) | JOE BILLY McDADE, |
| RESPONDENT, ) | PRESIDING JUDGE |

## MOTION FOR TO RECONSIDER APPOINTMENT OF COUNSEL

Now comes the Petitioner, David Carter, by and through himself Pro Se, respectfully requesting this Honorable Court reverse it's previous ruling denying Appointment of Counsel in the Petitioner's Pro Se Habeas Corpus Petition, and Appoint Counsel to the Petitioner in this Cause.

IN SUPPORT OF THIS MOTION THE PETITIONER STATES THE FOLLOWING:

1) Petitioner is not an attorney, nor does he have any specialized training which would qualify him to litigate those State and Federal Rights, Protections, and Immunities, guaranteed to him by the United States Constitution, before this honorable Court; or to effectively compete with Legal Counsel for the Respondent, given the Specialized skill and training in the science of law that such Legal Counsel Possess.

2) That this the case at bar involves the Murder of a High ranking State Employee, of the Illinois Department of Corrections. Petitioner contends because of the nature of this case obtaining the assistance from Inmates, more versed in the law has become a difficult task to achieve. Inmates fear that they may be

(1)

retaliated against in some form or another for assisting petition in his endeavors. Petitioner was pre-warned, that upon filing of his Pro Se Habeas Corpus Petition, any further legal assistance from inmates will be terminated.

3)   It is the position of the Petitioner that he is unable to have any type of privileged/confidential conversation with any inmate within the Illinois Department of Corrections, thereby precluding him from obtaining any outside assistance what so ever, with the extremely complicated issues of his Habeas Corpus Petition.

4)   Petitioner contends that he is unable to obtain viable records From the Illinois Department of Corrections, or other court records pertaining to the case at bar.

5)   The Petitioner further contends that without Appointed Counsel, he will be unable to obtain reports placed under a protective order by Judge Charles E. Glennon, without these reports the Petitioner is unable to determine the extent of how they may help the Petitioner, in the case at bar. Since the Petitioner is not an Attorney he will not be given access to these reports, thus adding another Brady Violation to the ever growing list of Brady Violations already committed in the Case at bar. (See Attached Exhibit #1)

6)   Petitioner has made a good faith effort and is continuing to make a good faith effort to obtain Pro-Bono Counsel support in this matter, but has had no success what so ever in obtaining any type of help. Attached is but a small sampling (exhibits 2 through 12) that support Petitioner's claim of his

good faith effort to obtain Pro-Bono Counsel to help him properly present his Constitutional claims to this Honorable Court.

Whereby, the Petitioner, Prays that for the reasons asserted in this Motion, this Honorable Court will reverse it's previous Ruling and Appoint him Counsel in this matter so that he will be able to present his meritorious Constitutional Claims to this Honorable court fully and completely in proper manner and format.

Respectfully Submitted;

*David Carter*

David Carter No. N43429
Stateville Correctional Center
P.O. BOX 112-N43429
Joliet, Illinois   60434-0112

### AFFIRMATION

I, David Carter, Due Affirm under the Penalties of Perjury that the foregoing Document is true and correct in substance and fact to the best of my personal knowledge and belief.

*David Carter*
David Carter, Affiant



**DONALD D. BERNARDI**
STATE'S ATTORNEY
LIVINGSTON COUNTY COURTHOUSE
PONTIAC, ILLINOIS 61764
TELEPHONE: 815-844-5166

29 December, 1987

Honorable Charles E. Glennon
Circuit Judge
Court House
Pontiac, IL. 61764

Re: Taylor murder cases

Dear Judge Glennon:

I have spoken to all four attorneys in the murder cases regarding my Motion for Protective Order. Each of them have agreed that they will not disseminate the reports to either the defendants or any inmate witnesses. I informed each of them that as long as they did not object that you would enter an Order accordingly.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

DONALD D. BERNARDI
STATE'S ATTORNEY

DDB:cme

EXHIBIT # 1

C. 35 49

**DANSBY G. CHEEKS**
Attorney at Law
108 Madison Street
Oak Park, Illinois 60302
708/848-7806

---

June 26, 1997

DAVID W. CARTER #43429
P. O. BOX 112
JOLIET, IL 60434-0112

RE: Appellate case

Dear Mr. Carter:

I received the voluminous pleadings you sent me in two mailings. I scanned the documents. You have an interesting case, particularly the novel issue involving *Miranda* and the suppression of statements obtained by the deception you described. The admission into evidence at the trial of testimony you considered irrelevant and immaterial to the issue of guilt could also be a solid grounds for reversal.

However, I cannot take your case. I do not have the time due to the press of other business.

I appreciate your having thought of me and taking the time to send me all of the documents. I hope you find another attorney who will take your case and pursue it with vigor and competency.

Yours very truly,

*[signature]*
Dansby G. Cheeks

EXHIBIT # 2

LAW OFFICES
# JENNER & BLOCK
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

WASHINGTON OFFICE
601 THIRTEENTH STREET, N.W.
SUITE 1200 SOUTH
WASHINGTON, D.C. 20005
(202) 639-6000
(202) 639-6066 FAX

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611-3608
(312) 222-9350
(312) 527-0484 FAX

LAKE FOREST OFFICE
ONE WESTMINSTER PLACE
LAKE FOREST, IL 60045
(847) 295-9200
(847) 295-7810 FAX

July 9, 1997

Mr. David Carter
N 43429
Stateville Corr Ctr
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

Thank you for your letter requesting pro bono assistance.

Your request for representation was confidentially circulated to the attorneys in the firm. Unfortunately, no one is presently able to undertake the representation you are seeking. We will keep your request in our files for three months should our circumstances change. Unless I hear otherwise, I will automatically return any documents you may have sent at the end of this period. In the meantime, please keep us apprised of any developments in your case or changes to your address.

Neither Jenner & Block nor any individual lawyer of the firm has at this time agreed to represent you.

If you have any questions, you may call me collect at 312/222-9350.

Sincerely,

Monique J. Washington
Pro Bono Coordinator

EXHIBIT # 3

LAW OFFICES

# JENNER & BLOCK

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611-3608

(312) 222-9350
(312) 527-0484 FAX

WASHINGTON OFFICE
601 THIRTEENTH STREET, N.W.
SUITE 1200 SOUTH
WASHINGTON, D.C. 20005
(202) 639-6000
(202) 639-6066 FAX

LAKE FOREST OFFICE
ONE WESTMINSTER PLACE
LAKE FOREST, IL 60045
(847) 295-9200
(847) 295-7810 FAX

October 15, 1997

Mr. David Carter
N 43429
Stateville Corr Ctr
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

Thank you for submitting your request for pro bono representation to Jenner & Block.

Each year we receive hundreds of requests for pro bono legal assistance. Unfortunately, because of the volume of requests we receive, we are not able to undertake each one. Therefore, your request, which has been in our files for over three months, is being removed and I am returning your documents.

I hope in the meantime you have been able to obtain representation. If you have any questions, please call me at (312) 222-9350.

Sincerely,

Monique J. Washington
Pro Bono Coordinator

Enclosures

**EXHIBIT # 4**

## MAYER, BROWN & PLATT

190 SOUTH LA SALLE STREET

CHICAGO, ILLINOIS 60603-3441

MAIN TELEPHONE
312-782-0600
MAIN FAX
312-701-7711

June 3, 1999

Mr. David W. Carter
Joliet Correctional Center
P.O. Box 112, #N-43429
Joliet, IL 60434-0112

Dear Mr. Carter:

    With reference to your letter requesting pro bono assistance, we regret to inform you that we are unable to represent you. This is not a reflection upon the merits of your claim.

    We return your enclosure herewith. Best of luck.

Very truly yours,

*Mayer, Brown & Platt*

MAYER, BROWN & PLATT

Enclosure

EXHIBIT # 5

42251207.1 60399 1552C 96319017

CHICAGO  BERLIN  CHARLOTTE  COLOGNE  HOUSTON  LONDON  LOS ANGELES  NEW YORK  WASHINGTON
INDEPENDENT MEXICO CITY CORRESPONDENT:  JAUREGUI, NAVARRETE, NADER Y ROJAS
INDEPENDENT PARIS CORRESPONDENT:  LAMBERT ARMENIADES & LEE



**KattenMuchinRosenman LLP**

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

March 8, 2007

LEGAL MAIL

JONATHAN K. BAUM
jonathan.baum@kattenlaw.com
312.902.5479   312.577.8672 fax

David Carter
N-43429
Stateville Corr. Center
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

I am in receipt of your request for pro bono legal assistance. Unfortunately, our firm will be unable to provide you with such assistance. This determination on our part does not represent any evaluation of the merits of your legal claim.

Sincerely,

Jonathan K. Baum

JKB:jj

EXHIBIT # 6

CHICAGO   CHARLOTTE   IRVING   LONDON   LOS ANGELES   NEW YORK   PALO ALTO   WASHINGTON, DC   WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations

# SEYFARTH SHAW LLP
ATTORNEYS

131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
312-460-5000
fax 312-460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5822

Writer's e-mail
rkelly@seyfarth.com

March 8, 2007

David Carter
#N43429
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

    We will not be able to assist you as you have requested in your letter and I am returning your letter to you herewith.

    Very truly yours,

    SEYFARTH SHAW LLP

    Raymond J. Kelly, Jr.

RJK/jer
Enclosure

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

**EXHIBIT # 7**

CH1 11187311.1

|MAYER|
|BROWN|
|ROWE|
|& MAW|

Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-3441

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

March 09, 2007

Mr. David W. Carter
N-43429
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Carter:

    We have received your letter dated March 9th, and have forwarded it to Marc Kadish, Director of Pro Bono Activities at Mayer, Brown, Rowe & Maw LLP.
    Mayer, Brown only accepts pro bono cases or projects which come from either court appointments or public interest legal organizations with which we have a pre-existing relationship. Even when limiting ourselves to these criteria, we cannot accept all requests.
    Karla Altmayer, a college intern working part-time for our pro bono program, has briefly reviewed your letter. We believe your letter should be at least read. Although we are not accepting your case we have forwarded it on to a new project of the John Howard Association of Illinois. The Association has no attorneys to handle criminal or civil litigation, but it has recently established the Prisoner Advocacy, Information and Referral (PAIR) project, in collaboration with several law firms, public service, and community agencies. The project receives and reviews letters regarding claims of current inmates.
    Your letter and the nature of your complaint will be organized into a database with those of inmates who have similar issues. We hope that this project will increase the efficiency of handling inmates' pro bono requests so that it is feasible for more individuals such as you to obtain quality legal assistance.
    If the Association's staff believes they can assist you by telephoning or writing someone in the Department of Corrections, they will do so. If they believe that your complaint requires the immediate attention of an attorney or an agency, they will refer your letter to them for their review—this is not a guarantee that your case will be accepted. Otherwise, your issue will be available for review on the database by PAIR partners.
    We consider your correspondence a consultation between attorney and prospective client and are attaching a basic level of confidentiality to those materials you sent us. If the Association's staff refers your letter to a law firm or agency, they will not reveal information that the Department of Corrections can link to you. If you do not want the Association to process your letter, please let us know so that we can retrieve it. If you have more information that you would like to be reviewed, please send it directly to the John Howard Association at 300 West Adams, Suite 423, Chicago, IL 60606.

    Sincerely,

    *[signature]*

    Student intern responding on behalf of Marc Kadish

Brussels

**EXHIBIT # 8**

'ork Palo Alto Paris Washington, D.C.
Rojas, S.C.

Mayer,

partnership in the offices listed above.

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

March 16, 2007

David Carter
PO Box 112-N43429
Joliet, IL 60434-0112

Re:   Representation Request

Dear Mr. Carter:

Thank you for your recent correspondence requesting legal representation. Unfortunately, our firm does not have a criminal practice and, therefore, our capacity for handling these types of matters is extremely low. However, in order to assist you in your search for representation, I have listed below agencies that may be able to provide pro bono legal assistance.

Mandel Legal Aid Clinic
(University of Chicago Law School)
6020 S. University Avenue
Chicago, IL 60637
Phone: (773) 702-9611
Fax: (773) 792-2063
Website: www.law.uchicago.edu/mandel

DePaul Legal Clinic
25 E. Jackson Boulevard, Suite 1050
Chicago, IL 60604
Phone: (312) 362-8294
Fax: (312) 362 6918

UpTown People's Law Center
4404 North Broadway
Chicago, IL 60640
Phone: (773) 769-1410, 1411
Fax: (773) 769-2224

We are returning the documentation you sent to us. Good luck in your representation search.

Sincerely,

Nicholas B. Gorga
of LATHAM & WATKINS LLP

NBG:ch
encls.

EXHIBIT # 9

CH\925492.1




Pro Bono Serves

**DLA Piper US LLP**
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
T 202.861.3900
F 202.223.2085
W www.dlapiper.com

ELIZABETH R. DEWEY
elizabeth.dewey@dlapiper.com
T 202.861.6218  F 202.223.2085

April 10, 2007

**VIA FIRST CLASS MAIL**
David W. Carter
Stateville Correctional Center
Box 112-N43429
Joliet, Illinois 60434-0112

Re:   Request For Pro Bono Assistance

Dear Mr. Carter:

We are in receipt of your letter requesting pro bono assistance. DLA Piper attempts to provide legal assistance to as many individuals as possible, but, unfortunately, the demand for such representation far exceeds our ability to do so. While we appreciate your need for pro bono representation, we are unable at this time to provide such representation.

You asked for a referral if we cannot assist you, and I would suggest you contact the Illinois Bar Association for a referral. We wish you good luck in the future and encourage you to continue to seek pro bono representation from other firms.

Sincerely,

Lisa Dewey
Pro Bono Partner

EXHIBIT # 10

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Joshua T. Buchman
Attorney at Law
jbuchman@mwe.com
312.984.7600

April 12, 2007

David W. Carter #N-43429
P. O. Box 112
Joliet, IL 60434

Dear Mr. Carter:

We have received your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking at the present time.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have enclosed your request and any documentation that you sent with it. We suggest that you consider submitting your request to the John Howard Association of Illinois. The Association has no attorneys to handle criminal or civil litigation, but it has recently established the Prisoner Advocacy, Information and Referral (PAIR) project, in collaboration with several law firms, public service, and community agencies. The project receives and reviews letters regarding claims of current inmates.

If you submit your request to the John Howard Association, it will be organized into a database with those inmates who have similar issues in hopes that this will increase the efficiency of handling inmates' pro bono requests, so that it is feasible for more individuals such as you to obtain quality legal assistance.

If the Association's staff believes they can assist you by telephoning or writing to someone in the Department of Corrections, they will do so. If they believe that your complaint requires the immediate attention of an attorney or an agency, they will refer your letter to them for their review. This is not a guarantee that your case will be accepted. Otherwise, your issue will be available for review on the database by PAIR partners.

**EXHIBIT # 11**

U.S. practice conducted through McDermott Will & Emery LLP.

227 West Monroe Street Chicago Illinois 60606-5096 Telephone: 312.372.2000 Facsimile: 312.984.7700 www.mwe.com

April 12, 2007
Page 2


If the Association's staff refers your letter to a law firm or agency, they will not reveal information that the Department of Corrections can link to you. You can mail your request directly to the John Howard Association at 300 West Adams Street, Suite 423, Chicago, Illinois 60606.


Sincerely,

Joshua T. Buchman
Pro Bono Committee

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200

April 25, 2007

**LEGAL MAIL - CONFIDENTIAL**

Mr. David W. Carter
#N-43429
P.O. Box 112
Joliet, IL 60434

      Re:    *Pro Bono Representation*

Dear Mr. Carter:

      This is in response to your recent letter to Kirkland & Ellis LLP seeking *pro bono* representation. Unfortunately, I am writing to advise you that the firm of Kirkland & Ellis LLP is not in a position to represent you in this matter. I am sorry that we are not able to provide assistance, and due to the number of requests we receive, my response must be somewhat short. This decision should not be taken as reflecting on the merits of this case.

      Because we will not be representing you, we are returning your letter to you, and any supporting materials you sent.

      Sincerely,

      Pro Bono Coordinator

Encl.

**EXHIBIT # 12**

Hong Kong     London     Los Angeles     Munich     New York     San Francisco     Washington, D.C.