

E-FILED
Friday, 02 May, 2008 11:23:16 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DAVID CARTER,                    )
                                 )
        PETITIONER,              )
                                 )
                                 )    NO. 07-1222
V.                               )
                                 )
TERRY L. McCANN,                 )    HONORABLE
                                 )    JOE BILLY McDADE,
        RESPONDENT,              )    PRESIDING JUDGE

### NOTICE OF FILING

To:  The Clerk
     U.S. District Court
     Central District of Illinois
     Federal Building , Room 309
     100 N.E. Monroe
     Peoria, Illinois  61602

   Please take notice that on April 28, 2008, I have caused to be filed One (1) Original and Three (3) Copies, of the following: Pro se amended memorandum in support of Petitioner's Habeas Corpus Petition §2254, Motion to Re-consider Appointment of Counsel, Motion to Strike Petitioner's Amended Memorandum in support of Petitioner's Habeas Corpus Petition §2254 Dated April 10, 2008. with the Clerk of the U.S. District Court for the Central District of Illinois.

                              Respectfully Submitted,

                              *David Carter*
                              David Carter No. N43429
                              Stateville Correctional Center
                              P.O. BOX 112-N43429
                              Joliet, Illinois  60434-0112

### CERTIFICATE OF SERVICE

   I, David Carter, hereby certify that I have caused the the above mentioned documents to be placed in the U.S. Mail System at the Stateville Correctional Center, according to proper Rules for outgoing mail to the Court.

                              *David Carter*
                              David Carter, Affiant

## AFFIRMATION

I, David Carter, Due Affirm under the Penalties of Perjury that the foregoing Document is true and correct in substance and fact to the best of my personal knowledge and belief.

_David Carter_
David Carter, Affiant

(2)