E-FILED
Wednesday, 14 May, 2008 02:45:02 PM
Clerk, U.S. District Court, ILCD

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0000 8671 3075

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

07-1222

Sent To: Michael Gluck
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Chicago, IL 60601

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7003 1680 0000 8671 3082

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

07-1222

Sent To: Warden
Street, Apt. No.; or PO Box No.: PO Box 112
City, State, ZIP+4: Joliet, IL 60434

PS Form 3800, June 2002    See Reverse for Instructions