FILED
MAY 19 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Hansen
    Stateville
    Inmate Mail
    PO Box 112
    Joliet, IL. 60434

    07-1222

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   ESPINO[...]                  MAY 17 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1680 0006 8671 3082

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540