**E-FILED**
Wednesday, 21 May, 2008  12:48:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

---

| | | |
|---|---|---|
| DAVID CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07-1222 |
| | ) | |
| TERRY McCANN, Warden, | ) | |
| | ) | The Honorable |
| | ) | Joe Billy McDade, |
| Respondent. | ) | Judge Presiding. |

---

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for

TERRY McCANN, Respondent.

I certify that I am admitted to practice in this court.


May 21, 2008                              s/ Dale M. Park
                                         DALE M. PARK, Bar # 6280822
                                         Assistant Attorney General
                                         100 West Randolph Street, 12th Floor
                                         Chicago, Illinois 60601-3218
                                         PHONE: (312) 814-2197
                                         FAX: (312) 814-2253
                                         EMAIL: dpark@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DAVID CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07-1222 |
| | ) | |
| TERRY McCANN, Warden, | ) | |
| | ) | The Honorable |
| | ) | Joe Billy McDade, |
| Respondent. | ) | Judge Presiding. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed respondent's Appearance with the Clerk of the Court using the CM/ECF system; and I certify that on the same day, I mailed by United States mail, the Appearance and a notice to the following non-registered participant: David Carter, N43429, Stateville Correctional Center, Route 53, P.O. Box 112, Joliet, IL 60434.

LISA MADIGAN
Attorney General of Illinois

By:    s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DAVID CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 07-1222 |
| | ) | |
| TERRY McCANN, Warden, | ) | |
| | ) | The Honorable |
| | ) | Joe Billy McDade, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on May 21, 2008, respondent Terry McCann submitted his Appearance for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that a copy of this document has been mailed by United States mail to the following non-CM/ECF participant: David Carter, N43429, Stateville Correctional Center, Route 53, P.O. Box 112, Joliet, IL 60434.

Respectfully Submitted,

LISA MADIGAN
Attorney General of Illinois

By:    s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us