**E-FILED**
Tuesday, 03 June, 2008  12:55:25 PM
Clerk, U.S. District Court, ILCD

FILED

JUN - 3 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-1222

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Michael Sheck<br>Asst. Atty General<br>100 W. Randolph St.<br>12th Floor<br>Chicago, IL 60601<br>07-1222 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED<br>MAY 19 2008<br>Office Of The Attorney General<br>Office Services<br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0006 8671 3075 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540