IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID CARTER, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 07-1222 |
| TERRY MCCANN, | ) ) | The Honorable Joe Billy McDade, |
| Respondent. | ) | Judge Presiding. |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
PETITION FOR WRIT OF HABEAS CORPUS**

On May 13, 2008, this Court ordered respondent to answer or otherwise plead to David Carter's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before July 14, 2008. Respondent requests this Court to grant a 30-day extension of time to August 13, 2008, to file the response. A supporting declaration is attached to this motion.

July 8, 2008                                    Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois


                                    By:   s/ Dale M. Park
                                          DALE M. PARK, Bar # 6280822
                                          Assistant Attorney General
                                          100 West Randolph Street, 12th Floor
                                          Chicago, Illinois 60601-3218
                                          PHONE: (312) 814-2197
                                          FAX: (312) 814-2253
                                          EMAIL: dpark@atg.state.il.us

# DECLARATION

DALE M. PARK states as follows:

1. I am the Assistant Attorney General assigned to represent the respondent in this matter.

2. This is my first request for an extension of time.

3. I have ordered, but not yet received, all of the state court materials necessary to file an informed and complete response to the instant petition.

4. This extension of time is needed to obtain and review the state court documents and, in part, to allow time for supervisors to review the response.

5. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

6. I regret any inconvenience that this motion for an extension of time may cause the Court or party.

I declare under penalty of perjury that the above facts are true.

July 8, 2008

s/ Dale M. Park
DALE M. PARK, Bar # 6280822
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-2197
FAX: (312) 814-2253
EMAIL: dpark@atg.state.il.us

## **CERTIFICATE OF SERVICE**

       I certify that on July 8, 2008, I electronically filed respondent's **Motion for Extension of Time to Respond to Petition for Writ of Habeas Corpus** with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system, and on the same date mailed copies of these documents via the United States Postal Service to the following non-CM/ECF user:

    David Carter, #N43429
    Stateville Correctional Center
    Route 53
    P.O. Box 112
    Joliet, IL 60434

                                                          s/ Dale M. Park
                                                          DALE M. PARK, Bar # 6280822
                                                          Assistant Attorney General
                                                          100 West Randolph Street, 12th Floor
                                                           Chicago, Illinois 60601-3218
                                                           PHONE: (312) 814-2197
                                                           FAX: (312) 814-2253
                                                           EMAIL: dpark@atg.state.il.us