To:  CENTRAL DISTRICT OF ILLINOIS
     OFFICE OF THE CLERK
     ROOM 309
     FEDERAL BUILDING
     100 N.E. MONROE
     PEORIA, ILLINOIS  61602

**FILED**

JUL 3 0 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk:

My name is David Carter #N43429, Case: 1:07cv1222.

Please take notice that on April 28, 2008, I filed with this office the following: (1) Original and (3) copies of the following: Pro Se Amended Memorandum in Support of Petitioner's Habeas Corpus Petition §2254, Motion to Re-consider Appointment of Counsel, Motion to Strike Petitioner's Amended Memorandum in support of Petitioner's Habeas Corpus Petition §2254 Dated April 10, 2008.

I also sent with this Petition a letter requesting that I receive back (1) File Stamped Copy of this Petition. As of this date, July 26, 2008 I have not received a returned copy and I need said copy to further my appeal.

On 5-13-2008 Judge Joe Billy McDade entered an Order Granting (21) Motion to Strike my first Amended Memorandum (Doc.20) which is dated April 10, 2008.

I am asking this office to forward me a copy of my Amended Memorandum In Support of Petitioner's Habeas Corpus Petition §2254, DATED APRIL 28, 2008.

Thank you for your attention to this matter.

*David Carter*

cc: Judge Joe Billy McDade