E-FILED
Wednesday, 06 August, 2008  12:19:21 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG - 6 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAVID CARTER,            )
                         )
        PETITIONER,      )
                         )
                         )   NO. 07-1222
                         )
V.                       )
                         )
TERRY L. McCANN,         )   HONORABLE
                         )   JOE BILLY McDADE,
        RESPONDENT,      )   PRESIDING JUDGE

### PRO SE MOTION TO SUPPLEMENT PETITIONER'S
### HABEAS CORPUS PETITION §2254
### PURSUANT TO F.R.C.P. RULE 11(B) AND 15(D)

IN SUPPORT OF THIS MOTION THE PETITIONER STATES THE FOLLOWING:

1) That on August 1, 2008, I received a two (2) page AFFIDAVIT from Roosevelt Lucas.

2) The AFFIDAVIT of Mr. Lucas contains information that further corroborates petitioner's claim of actual innocence. (See attached Exhibit A)

3) The petitioner further contends that the AFFIDAVIT of Mr. Lucas also corroborates the statements made by Corwyn Brown in his AFFIDAVIT dated November 20, 1996, that PETITIONER is actually innocent of the crime for which he was convicted. (See petitioner's amended memorandum in support of petitioner's Habeas Corpus Petition §2254, AFFIDAVIT of Corwyn Brown)

4) In further support of petitioner's request to supplement his Pro Se Habeas Corpus Petition §2254, with the AFFIDAVIT of Mr. Lucas, the petitioner refers this Honorable Court to the November 20, 1991, trial testimony of Investigator Harold L. Fullman, pages 73 to 89, in which Mr. Fullman testified that during an interview with Mr. Lucas in the Menard Correctional Center's Death Row Unit on August 15, 1991, Mr. Lucas stated to Mr. Fullman that the petitioner was in fact innocent of the crime for which he was awaiting trial for, and was ultimately wrongfully convicted of. (See Trial Transcript Volume I dated November 20, 1991, pages 73 to 89)

WHEREFORE, the petitioner prays that this Honorable Court will grant this Motion to supplement his Petition for Habeas Corpus Relief, with the AFFIDAVIT of Mr. Lucas, due to the critical nature of the statements made by Mr. Lucas which go to the direct innocence of the petitioner, and fully support his immediate release from State Custody, because the petitioner stands wrongfully convicted of a crime the evidence shows he is clearly innocent of.

Respectfully Submitted,

*David Carter*
David Carter   No. N43429
P.O. BOX 112-N43429
Joliet, Illinois
60434-0112

## AFFIRMATION

I, David Carter, Due Affirm under the Penalties of Perjury that the foregoing document is true and correct in substance and fact to the best of my personal knowledge and belief.

_____
David carter, Affiant

# AFFIDAVIT OF ROOSEVELT LUCAS

I Roosevelt Lucas, under oath and penalty of perjury as set forth in 735 I.L.C.S. 5/1-109, state the following to be true and correct to the best of my knowledge in fact and substance.

1. I am over 18 years old and competent to make this statement.

2. No threats or promises have been made to me in exchange for this AFFIDAVIT. I am making this statement of my own free will.

3. I am the defendant in case number 87-CF-110.

4. At no time did Mr. David W. Carter conspire with, order, or instruct me to attack or assault Mr. Robert Taylor at the Pontiac Correctional Center.

5. I wanted to testify at Mr. David W. Carter's trial in 1991, but I was ordered by my Death Row Attorneys to keep silent or risk losing their legal representation.

6. I did tell investigator Harold Fullman that Mr. David W. Carter never instructed me to attack anyone in 1987 or at any other time.

7. I do know that Mr. David W. Carter, was purposely set up and framed by Mr. Corwyn Brown, to take the fall for him, by ordering Mr. David W. Carter, under threat of deadly force to his life to talk to Mr. Harry Martin and pretend that he was a conspirator in the death of Mr. Taylor.

8. As I have stated above I was willing to testify at Mr. Carter's trial concerning the facts I have set forth above, and I am still willing at this time or any time in the future to testify to the above stated true and correct facts.

" EXHIBIT A "

page 1 of 2

Under penalties as provided by Law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, to the best of my knowledge. THE END.

_Roosevelt Lucas_
Roosevelt Lucas

Subscribed and Sworn to before me

this 28TH Day of July, 2008.

_SK Miles_
Notary Public

OFFICIAL SEAL
SHERWIN K. MILES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2012

page 2 of 2

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

DAVID CARTER,                )
                             )
        PETITIONER,           )
                             )
                             )   NO. 07-1222
                             )
V.                           )
                             )
TERRY L. McCANN,             )   HONORABLE
                             )   JOE BILLY McDADE,
        RESPONDENT,          )   PRESIDING JUDGE

NOTICE OF FILING

TO:  THE CLERK                          Dale M. Park
     U.S. District Court                Assistant Attorney General
     Central District of Illinois       100 W. Randolph St. 12th. Floor
     Federal Building, Room 309         Chicago, Illinois 60601-3218
     100 N.E. Monroe
     Peoria, illinois  61602

   Please take notice that on August 1, 2008, I have caused to be filed One (1) Original and Three (3) copies, of the following: Pro Se Motion to Supplement Petitioner's Habeas Corpus Petition §2254. I have also served a copy on Dale M. Park Assistant Attorney General, at the above address.

                                        Respectfully Submitted,

                                        /s/ David Carter
                                        David Carter No. N43429
                                        Stateville Correctional Center
                                        P.O. BOX 112-N43429
                                        Joliet, Il. 60434-0112

CERTIFICATE OF SERVICE

   I, David Carter, hereby certify that I have caused the above mentioned documents to be placed in the U.S. mail system at the Stateville Correctional Center, according to proper Rules for outgoing mail to the Court.

                                        /s/ David Carter
                                        David carter Affiant