E-FILED
Thursday, 21 August, 2008  12:17:54 PM
Clerk, U.S. District Court, ILCD

DATE:       AUGUST 14, 2008

TO:         THE CLERK OF THE COURT
            OF THE U.S. DISTRICT COURT
            FOR THE CENTRAL DISTRICT

FILED
AUG 21 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:       DAVID CARTER
            REG. NO. N43429
            CASE NO. 07-CV-1222
            P.O. BOX 112
            JOLIET, ILLINOIS  60434-0112

RE:         EXHIBITS LISTED IN STATE'S MOTION TO DISMISS

TO WHOM IT MAY CONCERN;

   TONIGHT AUGUST 14, 2008, I RECEIVED IN THE MAIL A COPY OF A MOTION TO DISMISS MY HABEAS PETITION AS TIME BARRED. CONTAINED WITHIN THE PETITION ON PAGE FIVE (5) THE STATE LISTED EXHIBITS A THRU J BUT THEY ARE NOT ATTACHED TO THE MOTION THEY SENT ME. WITHOUT THESE EXHIBITS I AM UNABLE TO DEFEND MYSELF AGAINST THE BASELESS ACCUSATIONS MADE BY THE STATE IN THE MOTION THEY FILED. CAN I PLEASE BE SENT A COPY OF THE EXHIBITS ATTACHED TO THE MOTION THE STATE FILED TO DISMISS MY PETITION.

   I ASK THE CLERK TO REMEMBER THAT I HAVE BEEN GRANTED LEAVE TO FILE AS A POOR PERSON, AND UNABLE TO AFFORD THE COST OF COPYING THESE DOCUMENTS, AND I DO NOT HAVE ACCESS TO THEM ON LINE AS A ATTORNEY WOULD.

   I WISH TO THANK YOU IN ADVANCE FOR YOUR HELP AND TIME IN THIS MATTER.

                    RESPECTFULLY SUBMITTED: *David Carter*
                                             DAVID CARTER